# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Carl Jason Jerome                                        Docket No. 4:04-CR-87-1H

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Carl Jason Jerome, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute More Than 50 Grams of Cocaine Base (Crack) and a Quantity of Heroin, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on September 7, 2005, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 5 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

On September 29, 2008, upon an Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2), the defendant's sentence was reduced to 96 months imprisonment.

Carl Jason Jerome was released from custody on April 1, 2011, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 19, 2012, the defendant tested positive for marijuana upon the completion of a urinalysis test during an office visit. Additionally, on January 21, 2013, Jerome was arrested in Wake County, North Carolina, for Driving While Impaired (13CR201672). The defendant subsequently contacted the probation officer to acknowledge the offense and further revealed that he had consumed alcohol prior to operating an automobile. The charge remains pending for disposition in Wake County District Court on March 11, 2013. With the exception of these incidents, Jerome has made a favorable adjustment to supervision. As a sanction for this violation conduct, the completion of a cognitive behavioral program is recommended.

Carl Jason Jerome
Docket No. 4:04-CR-87-1H
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Michael W. Dilda<br>Michael W. Dilda<br>U.S. Probation Officer<br>201 South Evans Street, Room 214<br>Greenville, NC 27858-1137<br>Phone: 252-758-7200<br>Executed On: February 12, 2013 |

### ORDER OF COURT

Considered and ordered this 12 day of Feb , 2013, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge